IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

vs.

Crim No. 98-231 (SEC)
99-078 (HL)

RUBEN MONROIG ALMODOVAR
    Defendant

**MOTION REQUESTING DESIGNATION FOR A
PUBLIC DEFENDANT**

TO THE HONORABLE COURT:

El acusado solicita muy respetuosamente lo siguiente:

1. El acusado ya cumplió con su sentencia de doce (12) meses de prisión, tres (3) meses con monitor electrónico y actualmente cumple con su tiempo en probatoria.

2. El acusado tiene pendiente de su sentencia la restitución de dinero por la cantidad de $121,000.00.

3. El acusado desea llegar a un acuerdo para el pago correspondiente de su restitución y necesita asistencia legal de acuerdo al gobierno (fiscalía).

4. El acusado no cuenta al presente con recursos económicos para pagar un abogado privado y lograr terminar con mi responsabilidad social.

5. El acusado y su familia han sufrido por más de seis años y están ansiosos y deseosos de llegar al fin de este largo caso.

EN VISTA DE LO ANTES EXPUESTO, le solicito a esta Honorable Corte Ordene se me asigne un defensor público.

RESPETUOSAMENTE LO SOMETEMOS.

En San Juan, Puerto Rico, el 18 de enero de 2005.

*[signature]*

RUBEN MONROIG ALMODOVAR
CONDOMINIO PARQUE TERRALINDA
BUZON 1206
TRUJILLO ALTO, P.R. 00976
787-760-0677