**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> v. <br><br> RUBEN MONROIG-ALMODOVAR <br><br> Defendant | CR. 98-231 (SEC) |

### ORDER

A hearing on defendant's financial capacity is hereby set for February 03, 2005 at 3:00 p.m. The U.S. Probation Officer shall be present, as shall defendant himself.

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 27 th day of January, 2005.

S/ *Gustavo A. Gelpí*
U.S. Magistrate Judge

Notified by phone
and mail:
Mr. Ruben Monroig-Almodovar