# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Start 3:28 p.m.
End: 3 :30 p.m.

MINUTES OF PROCEEDINGS          DATE: 02-03-05

HONORABLE GUSTAVO A. GELPI, U. S. MAGISTRATE JUDGE

COURTROOM DEPUTY: CARLOS J. RODRIGUEZ     CASE. 98-231-01(SEC)

C. REPORTER: FTR

INT. ANNIE FLORES
================================================================

UNITED STATES OF AMERICA          AUSA- REBECCA VARGAS

Plaintiff(s)

v.

RUBEN MONROIG-ALMODOVAR

Defendant(s)
================================================================

CASE CALLED FOR ATTORNEY APPOINTMENT HEARING. The Court appoints the Federal Public Defender to represent defendant. Counsel is granted 30 days to supplement defendant's motion for restitution payment plan.

S/ Carlos J. Rodríguez

Deputy Clerk