UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

              v.                       **Criminal No. 98-231(SEC)**

RUBEN MONROIG ALMODOVAR
    Defendant

**O R D E R**

| MOTION | RULING |
|---|---|
| **Docket #162**<br>**Motion Requesting Some Disposition** | **DENIED.** In addition, it is hereby ordered that:<br>(1) Defendant continue to pay the restitution imposed in the amount of $71,000 until fully satisfied; and<br>(2) the U.S. Marshals Service assess the value of the boat and inform the U.S. Attorney's Office accordingly so that the U.S. Attorney can decide whether or not, in the economy of justice, to waive the voluntary surrender of the boat. In the alternative, if the boat is sold either by Defendant or by the U.S. Marshals, it is ordered that all its proceeds be applied towards the balance of the restitution owed with the understanding that Defendant will continue to pay any pending balance that might be owed, even after crediting said proceeds. |

DATE:   March 28, 2005

                                                  S/ *Salvador E. Casellas*
                                                  SALVADOR E. CASELLAS
                                                  United States District Judge