AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE    DISTRICT OF    PUERTO RICO

**NOTICE OF APPEARANCE**

UNITED STATES OF AMERICA

        v.    CASE NO:  Criminal No. 05-0231 (SEC)

RUBEN MONROIG ALMODOVAR

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for the United States of America for Notice purposes.

                        H. S. GARCIA
                        United States Attorney

  April 6, 2005              s/Rebecca Vargas-Vera
    *Date*                      *Signature*

*Rebecca Vargas-Vera*
*USDC-PR No. 203307*
*United States Attorney's Office*

***Address:***
*Torre Chardón, Suite 1201*
*350 Carlos Chardon Street*
*San Juan, Puerto Rico 00918*

*(787) 766-5656 ; Facsimile: (787) 766-6219*
**Phone Number & Facsimile**