IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    Plaintiff

    v.  **CRIMINAL NO. 98-231 (SEC)**

RUBEN MONROIG ALMODOVAR

    Defendant

## MINUTES OF PROCEEDINGS AND ORDER

A restitution hearing was held today before the undersigned. The Government was represented by AUSA Rebecca Vargas Vera. The defendant was represented by AFPD Víctor González.

Due to a witness' illness, the hearing is hereby **RESET to Tuesday, May 17, 2005 at 4:00 p.m.** before the undersigned. If defendant needs to subpoena any former AUSA, he shall do so pursuant to the applicable C.F.R. provision.

**SO ORDERED.**

In San Juan, Puerto Rico this 8th day of April, 2005.

*S/ Gustavo A. Gelpí*

GUSTAVO A. GELPI
United States Magistrate-Judge