# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> v. <br><br> RUBEN MONROIG-ALMODOVAR <br><br> Defendant | May 13, 2005 <br><br> CR. 98-231-01 (SEC) |

## ORDER

A Restitution hearing as to the above-mentioned defendant is reset for May 18, 2005 at 4:00 p.m.

    GUSTAVO A. GELPI
    U.S. MAGISTRATE JUDGE


S/ Carlos J. Rodríguez
Deputy Clerk