# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff (s)<br><br>v.<br><br>RUBEN MONROIG-ALMODOVAR<br><br>Defendant (s) | CR. 98-231 (SEC) |

## MINUTE OF PROCEEDINGS AND ORDER

A Further hearing as to restitution was held today before the undersigned. The government was represented by AUSA Rebecca Vargas-Vera. Defendant was represented by AFPD Victor J. González .

The Court authorized defendant to sell the boat at issue for its estimated fair market value of $27,000 to $31,000. Defendant shall report the status of the sale within thirty (30) days via motion.

Subsequent to the sale, the Court will hold a restitution hearing. The Court strongly recommends that the parties reach an agreement as to the final settlement amount.

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 05 th day of July, 2005.

                                            Gustavo A. Gelpí
                                            U.S. Magistrate Judge

                                            S/Carlos J. Rodríguez
                                            Deputy Clerk