IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,   *
  Plaintiff,   *
                     *
  VS.   *    CRIMINAL NO. 98-231(SEC)
                     *
RUBEN MONROIG ALMODOVAR*
  Defendat.   *
* * * * * * * * * * * * * * * * * *

## INFORMATIVE MOTION

TO THE HONORABLE GUSTAVO A. GELPI
MAGISTRATE - UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

    COMES NOW, Ruben Monroig Almodovar, the defendant herein, represented by the Federal Public Defender for the District of Puerto Rico and before this Honorable Court respectfully states and prays:

    1. On July 5, 2005 a hearing was had in the above case whereby it was ordered that defendant proceed with the sale of a boat.

    2. On August 8, 2005, the court ordered an informative motion be filed within five days regarding the Court's order of July 5, 2005.

    3. The Court is hereby informed that the defendant placed an ad on the paper, which ad ran on July 29 and 31, 2005. Additionally, defendant is keeping records of all phone calls generated by the add. Finally, at last call, no offer had been made within the appraisal parameters.

    4. Defendant has this information available at the Court's request.

USDC-PR # 98-231(SEC)                                                                                          Page 2

**WHEREFORE**, it is respectfully requested that pursuant to the Court's August 8th, 2005 order, the Court consider itself duly informed.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, August 15, 2005.

                                        **Joseph C. Laws, Jr.**
                                        **Federal Public Defender**

                                        S/Victor González-Bothwell
                                        Victor J. Gonzalez Bothwell
                                        Assistant Federal Public Defender
                                        USDC-PR 219707
                                        241 F. D. Roosevelt Avenue
                                        San Juan, PR   00918
                                        Tel. (787) 281-4922
                                        Fax   (787) 281-4899

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 15th, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant U.S. Attorney Rebecca Vargas.

In San Juan, Puerto Rico, this 15th day of August, 2005.

                                        S/ **V**ICTOR **G**ONZALEZ**-B**OTHWELL, Esq.
                                        **Assistant Federal Public Defender**