**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff<br><br>    v.<br><br>RUBEN MONROIG ALMODOVAR<br><br>    Defendant | **CRIMINAL NO. 98-231 (SEC)** |

## MINUTES OF PROCEEDINGS AND ORDER

A further status conference was held today before the undersigned. The Government was represented by AUSA Rebecca Vargas Vera. Defendant was represented by AFPD Juan F. Matos de Juan.

The Court will hold a further status conference. It is hereby set for **Tuesday, October 25, 2005 at 9:00 a.m.**.

The defendant is further ordered to take all necessary steps to sell the vessel in question within the next thirty (30) days. He is authorized to sell the same without court authorization if the sale value is $25,000 or greater. Any lower price must be previously approved by the Court.

At the next status conference the parties shall come prepared to discuss the issue of depreciation of the vessel, and whether the same can be commuted.

**SO ORDERED.**

In San Juan, Puerto Rico this 1st day of September, 2005.

*S/ Gustavo A. Gelpi*
GUSTAVO A. GELPI
United States Magistrate-Judge