**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA

    Plaintiff

    v.                            **CRIMINAL NO.  98-231 (SEC)**

RUBEN MONROIG ALMODOVAR [1]

    Defendant

**MINUTES OF PROCEEDINGS AND ORDER**

    A further status conference was held today before the undersigned.  The Government was represented by AUSA Rebecca Vargas Vera.  Defendant was represented by AFPD Víctor González Bothwell.

    The Court, upon hearing from the parties, will issue a Report and Recommendation regarding the restitution payment.

    **SO ORDERED.**

    In San Juan, Puerto Rico this 25th day of October, 2005.


*S/ Gustavo A. Gelpi*

GUSTAVO A. GELPI
United States Magistrate-Judge