UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff
               v.                    Crim. No. 98-231(SEC)
RUBEN MONROIG-ALMODOVAR,
et al
    Defendant

**O R D E R**

| MOTION | RULING |
|---|---|
| **Docket # 180 Motion for Destruction of Firearm** | **GRANTED**. The U.S. Attorney has requested an order for the destruction of a firearm which was turned over to the Federal Bureau of Investigations by a cooperating witness that did not have a legal permit for the firearm. The U.S. Attorney states that the firearm has, at all times, been retained by the F.B.I. and that the custody of the same entails an unnecessary expense to the United States. No party has filed an opposition to the U.S. Attorney's request. Accordingly, the Court **GRANTS** the United States' motion and authorizes the F.B.I. to destroy the firearm matching the following description: Taurus 9 MM Handgun, Model PT92AFS (Serial # TOE 87143), with one 9MM Magazine. |

DATE: November 21, 2005

S/ *Salvador E. Casellas*
SALVADOR E. CASELLAS
U.S. Senior District Judge